UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
COLUMBUS WILLIAMS,

                    Plaintiff,           **ECF CASE**

    -against-                         Docket No. 08-CV-6075(LAP)(GWG)

                                       **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                    Defendants.
---------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
           August 12, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of
                                        the City of New York
                                        Attorney for defendant
                                        City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 442-0832
                                        (212) 788-9776 (fax)

                                        By:   s/ Hugh A. Zuber             .
                                                     Hugh A. Zuber (HZ 4935)
                                                     Assistant Corporation Counsel

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: David B. Bowman
Bowman & Vlachas
575 Madison Avenue, 10th Floor
New York, NY 10022