|  |  |
|---|---|
| INDEX # : | 08 cv 6075 |
| Date Filed: | July 2, 2008 |
| Court Date: | |

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

DISTRICT: **SOUTHERN DISTRICT OF NEW YORK**

Attorneys: BOWMAN & VLACHOS, ESQS.   PH: 212-514-9700
Address: 575 MADISON AVE, 10TH FLOOR  NEW YORK NY 10022   File No.:

*COLUMBUS WILLIAMS*

vs

*THE CITY OF NEW YORK, ET AL*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____Cory Banks_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __July 23, 2008__ at __3:37pm__, at __100 CHURCH STREET, NEW YORK, NY 10007__, deponent served the within __Summons and Complaint__

on: __THE CITY OF NEW YORK__, __Defendant__ therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒ By delivering thereat a true copy of each to __JERRY BRADSHAW__ personally, deponent knew the person so served to be the __AGENT AUTHORIZED__ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** ☐ On _____, deponent completed service by depositing a true copy of each document to the Defendant at __100 CHURCH STREET, NEW YORK, NY 10007__ in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York☐ and Certified Mail #_____

**#6 DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __Male__  Color of skin: __Black__  Color of hair: __Black__  Age: __40 - 50 Yrs.__  Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__  Other Features: _____

**#7 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** ☐ The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** ☐

Sworn to before me on __July 24, 2008__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 08019600

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 *WWW.SAV-ONPROCESS.COM*

INDEX #: 08 cv 6075
Date Filed: July 2, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: BOWMAN & VLACHOS, ESQS.    PH: 212-514-9700
Address: 575 MADISON AVE, 10TH FLOOR  NEW YORK  NY  10022   File No.:

*COLUMBUS WILLIAMS*

vs    *Plaintiff(s)/Petitioner(s)*

*THE CITY OF NEW YORK, ET AL*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:    **AFFIDAVIT OF SERVICE**

WILLIAM MORRISON, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On July 21, 2008 at 10:00AM, at C/O NYPD 42 PRECINCT, 830 WASHINGTON AVE., BRONX, NY, deponent served the within Summons and Complaint

on: P.O. JOSE VEGA, Defendant therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally, deponent knew the person served to be the person described as said person therein.

**#2** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the, and authorized to accept service on behalf of the.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to SGT. LOPEZ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [X] On July 22, 2008, deponent completed service by depositing a true copy of each document to the Defendant at C/O NYPD 42 PRECINCT, 830 WASHINGTON AVE., BRONX, NY in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male    Color of skin: Tan    Color of hair: Black    Age: 40 - 60 Yrs.    Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs.    Other Features: _____

**#7 WIT FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the face of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on July 22, 2008

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067864, Westchester County
Commission Expires Oct 15, 2010

WILLIAM MORRISON
Server's Lic # 870436
Invoice/Work Order # 08019598

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 *WWW.SAV-ONPROCESS.COM*

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK

INDEX #: 08 cv 6075
Date Filed: July 2, 2008
Court Date:

Attorneys: BOWMAN & VLACHOS, ESQS.   PH: 212-514-9700
Address: 575 MADISON AVE, 10TH FLOOR   NEW YORK  NY 10022   File No.:

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

COLUMBUS WILLIAMS

vs

THE CITY OF NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

WILLIAM MORRISON, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On July 21, 2008 at 10:00AM, at C/O NYPD 42 PRECINCT, 830 WASHINGTON AVE., BRONX, NY, deponent served the within Summons and Complaint on: P.O. JOSE VEGA, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 [ ] By delivering thereat a true copy of each to _____ to be the _____ of the, and authorized to accept service on behalf of the, personally, deponent knew the person so served

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to SGT. LOPEZ, a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____ at _____

#5 MAIL COPY On July 22, 2008, deponent completed service by depositing a true copy of each document to the Defendant at C/O NYPD 42 PRECINCT, 830 WASHINGTON AVE., BRONX, NY in a postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care of the Post Office in the State of New York and Certified Mail #

Description of the Defendant is as follows:
Age: 40 - 50 Yrs.   Height: 5'4" - 5'8"

recipient.

service of the United States Government or of the State
ilian clothes and no military uniform.

f said summons (es).

UNITED STATES POSTAL SERVICE
Certificate Of Mailing

From: [handwritten] 401 B'way, Suite 1201, New York, NY 10013

To: P.O. JOSE VEGA
C/O NYPD 42 PRECINCT
830 WASHINGTON AVE.
BRONX, NY

PS Form 3817, April 2007  PSN 7530-02-000-9065

No. 01RE5067466
Commission Expires Oct 15, 2010

WILLIAM MORRISON
Server's Lic # 870436
Invoice/Work Order # 08019598

SPS-401 B'WAY-STE. 1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM

UNITED STATES DISTRICT COURT  
COUNTY OF NEW YORK  
Attorneys: BOWMAN & VLACHOS, ESQS.  PH: 212-514-9700  
Address: 575 MADISON AVE, 10TH FLOOR  NEW YORK NY 10022   File No.:

INDEX #: 08 cv 6075  
Date Filed: July 2, 2008  
Court Date: _____  
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

COLUMBUS WILLIAMS

vs

THE CITY OF NEW YORK, ET AL

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

WILLIAM MORRISON, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On July 21, 2008 at 10:00AM, at C/O NYPD 42 PRECINCT, 830 WASHINGTON AVE., BRONX, NY, deponent served the within Summons and Complaint on: SGT. RAYMOND CLARKE, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 [ ] By delivering thereat a true copy of each to _____ to be the _____ personally, deponent knew the person so served _____ of the, and authorized to accept service on behalf of the.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to SGT. LOPEZ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat  
on the ____ day of _____ at _____  
on the ____ day of _____ at _____  
on the ____ day of _____ at _____  
Address confirmed by _____ at _____

#5 MAIL COPY [X] On July 22, 2008, deponent completed service by depositing a true copy of each document to the Defendant at C/O NYPD 42 PRECINCT, 830 WASHINGTON AVE., BRONX, NY in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

DESCRIPTION

Defendant is as follows:  
Age: 40 - 50 Yrs.    Height: 5' 4" - 5' 6"

UNITED STATES POSTAL SERVICE  Certificate Of Mailing  
This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.  
This form may be used for domestic and international mail.  
From: 401 BROADWAY SUITE 1201  
NEW YORK, NY 10013

To: SGT. RAYMOND CLARKE  
C/O NYPD 42 PRECINCT 830  
WASHINGTON AVE.  
BRONX, NY

PS Form 3817, April 2007  PSN 7530-02-000-9065

...cipient.  
...vice of the United States Government or of the State  
...clothes and no military uniform.  
...d summons (es).

M MORRISON  
's Lic # 870436  
/Work Order # 08019599

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com